# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3436

_____

C. Dennis Zyburo; Catherine A. Zyburo,   *
                                       *

                Appellants,      *    Appeal from the United States
                                   *    District Court for the Western
     v.                        *    District of Missouri.
                                   *

Marriott Hotel Services, Inc.,        *       [UNPUBLISHED]
                                   *

               Appellee.      *

_____

Submitted: July 28, 1999
Filed: August 13, 1999

_____

Before BOWMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

     C. Dennis Zyburo and Catherine A. Zyburo appeal following an adverse jury verdict in the Zyburos' action to recover for injuries suffered when C. Dennis Zyburo slipped and fell in a Marriott Hotel. The Zyburos contend the district court committed error in admitting certain evidence offered by the hotel and in permitting jury argument about this evidence. The Zyburos also contend the district court committed error in submitting a jury instruction that misstated their theory of liability against the hotel. Having reviewed the record in the context of the Zyburos' arguments, we find the record supports the district court's decisions. Because our review involves the application of well-established principles of law in fact intensive circumstances, we

conclude an extensive discussion would serve no useful precedential purpose. We thus affirm the district court without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.